IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 NOV 23 PM 3: 46

CLERK /w/
SO. DIST. OF GA.

JEFFREY RESHUN STERLING,

    Plaintiff,

vs.

JOHNNY SMITH and
JOSEPH BURNETTE,

    Defendants.

CIVIL ACTION NO.: CV608-111

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' unopposed Motion for Summary Judgment is **GRANTED**. Plaintiff's complaint is **dismissed**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 23rd day of November, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA